UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC D. VENTRESS,

                Plaintiff,

   v.

ELIAS O. CASTILLO, et al.,

                Defendants.

No. C17-5094 BHS-KLS

ORDER TO SHOW CAUSE

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. On February 7, 2017, plaintiff Eric D. Ventress filed an application for leave to proceed *in forma pauperis* (IFP). Dkt. 1. In his IFP application, plaintiff states that he makes $1.60 per hour in his prison employment, but has no cash, checking or savings. *Id.*, pp. 1, 2. The Department of Corrections' account statement as of August 31, 2016 attached to the IFP application reflects that plaintiff has average monthly receipts of $573.23 and an average spendable balance of $117.43. *Id.*, p. 4.

The Court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. See 28 U.S.C. § 1915(a). However, the Court has broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied*, 375 U.S. 845 (1963). Based on the information provided by plaintiff, the Court is unable to determine whether his IFP application should be granted.

Accordingly, the Court **ORDERS:**

ORDER - 1

(1) Plaintiff shall provide the Court with a written explanation of the account statement reflecting that he has average monthly receipts of over $500.00.  In addition, plaintiff shall provide the Court with a more recent prison trust account statement – one that covers transactions for the past six months.  Plaintiff shall provide such written explanation and an updated prison trust account statement to the Court **on or before March 31, 2017.**  Plaintiff's failure to do so shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.

(2) The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this 15th day of February, 2017.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2