UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC DWAYNE VENTRESS,

Plaintiff,

v.

ELIAS O CASTILLO,

Defendants.

Case No. C17-5094 BHS-TLF

ORDER DETERMINING OPERATIVE COMPLAINT AND STRIKING DKTS 4, 7, 14, 18-22, 24, 26, 28, 29, 30, 32, 33

After commencing this action through the filing of his complaint, Dkt. 10, plaintiff subsequently filed numerous documents that appeared to discuss additional facts or claims, and possible new defendants, that were not mentioned in the original complaint. Dkts. 4, 7, 14, 18-22, 24, 26, 28, 29, 30, 32, 33. Because it was unclear whether plaintiff was attempting to amend his complaint through these submissions, on March 13, 2018 this Court entered an order requiring plaintiff to clarify his intent. Dkt. 43. Plaintiff was ordered, by no later than April 16, 2018, either to file a motion to amend his complaint or to file a notice stating that he did not intend to amend his complaint. *Id.* Plaintiff was warned that failure to respond could result in dismissal of the complaint for failure to prosecute and failure to comply with a court order. *Id.* Plaintiff has failed to file any response to the court's order. The court construes plaintiff's failure to respond as an intent to proceed under his original complaint.

Accordingly, it is hereby **ORDERED** that:

ORDER DETERMINING OPERATIVE COMPLAINT AND
STRIKING DKTS 4, 7, 14, 18-22, 24, 26, 28, 29, 30, 32, 33 -
1

(1) The operative complaint in this case is plaintiff's original complaint entered on March 15, 2017, Dkt. 10.

(2) Plaintiff's subsequent letters, exhibits, and "request for admission" (Dkts. 4, 7, 14, 18-22, 24, 26, 28, 29, 30, 32, 33) are hereby **STRICKEN**.

Dated this 11th day of June, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER DETERMINING OPERATIVE COMPLAINT AND STRIKING DKTS 4, 7, 14, 18-22, 24, 26, 28, 29, 30, 32, 33 - 2