UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC DWAYNE VENTRESS,<br><br>                Plaintiff,<br><br>   v.<br><br>ELIAS O. CASTILLO, et al.,<br><br>                Defendants. | CASE NO. C17-5094 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 45. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Defendants' motion for summary judgment (Dkt. 35) is **GRANTED**, and Plaintiff's complaint is **DISMISSED with prejudice**.

Dated this 19th day of September, 2018.

                                              BENJAMIN H. SETTLE
                                              United States District Judge